IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PATRICK L. SHERMAN                                                                              PETITIONER
ADC #096304

v.                              Case No: 4:25-cv-00153-LPR

DEXTER PAYNE,
*Director, ADC*                                                                                 RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 15) and the Petitioner's Objections (Doc. 16). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is DISMISSED without prejudice. All requested relief is DENIED. Director Payne's Motion to Dismiss (Doc. 7) is DENIED as moot. The Clerk is instructed to close this case.

IT IS SO ORDERED this 16th day of December 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court's recent dismissal of the petition filed in Sherman v. Payne, Case No. 4:24-cv-343-LPR, does not affect the correctness of the RD's exhaustion analysis.