**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PATRICK L. SHERMAN**                                                                                    **PETITIONER**
**ADC #096304**

v.                                          Case No: 4:25-cv-00153-LPR

**DEXTER PAYNE,**
*Director, ADC*                                                                                                **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice. All requested relief is DENIED.

IT IS SO ADJUDGED this 16th day of December 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE